Eastern District of Kentucky
FILED

FEB 2 6 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 6:26-cr-031-REW-EBA

**CHARLES SWEATT-WASHINGTON,**
[redacted] **and**
**OMAR O. POWELL**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**21 U.S.C. § 846**

On or about a date in December 2024, the exact date unknown, and continuing through on or about July 24, 2025, in Laurel County, Powell County, and Fayette County, in the Eastern District of Kentucky, and elsewhere,

**CHARLES SWEATT-WASHINGTON,**
[redacted]
**OMAR O. POWELL**

did conspire together and with others to knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, a violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

**<u>COUNT 2</u>**
**21 U.S.C. § 841(a)(1)**

On or about December 23, 2024, in Laurel County, in the Eastern District of Kentucky,

**CHARLES SWEATT-WASHINGTON**

did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**<u>COUNT 3</u>**
**21 U.S.C. § 841(a)(1)**

On or about January 23, 2025, in Laurel County, in the Eastern District of Kentucky,

**CHARLES SWEATT-WASHINGTON**

did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**<u>COUNT 4</u>**
**21 U.S.C. § 841(a)(1)**

On or about March 14, 2025, in Powell County, in the Eastern District of Kentucky,

**CHARLES SWEATT-WASHINGTON**

did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**COUNT 5**
**21 U.S.C. § 841(a)(1)**

On or about March 27, 2025, in Fayette County, in the Eastern District of Kentucky,

[redacted]

did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**COUNT 6**
**21 U.S.C. § 841(a)(1)**
**18 U.S.C. § 2**

On or about April 9, 2025, in Fayette County, in the Eastern District of Kentucky,

[redacted]
**OMAR O. POWELL,**

aided and abetted by each other, did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**COUNT 7**
**21 U.S.C. § 841(a)(1)**
**18 U.S.C. § 2**

On or about May 2, 2025, in Fayette County, in the Eastern District of Kentucky,

[redacted]
**OMAR O. POWELL,**

aided and abetted by each other, did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**COUNT 8**
**21 U.S.C. § 841(a)(1)**

On or about July 24, 2025, in Fayette County, in the Eastern District of Kentucky,

[redacted]

did knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**A TRUE BILL**

[redacted]

**FOREPERSON**

**PAUL C. McCAFFREY**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

### COUNTS 1-8

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.